# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0943**
Ashley Michelle Davis v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1417)

## NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk